UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARY ELIZABETH NELSON,       )<br>    Plaintiff,       )<br>                              )<br> v.                           )<br>                              )<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,              )<br>    Defendant.      ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-17-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiffs motion for judgment on the pleadings [D.E. 14] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 19] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 27, 2017, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:            JULIE RICHARDS JOHNSTON, CLERK
February 27, 2017       (By) /s/ Nicole Briggeman
                 Deputy Clerk