IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-17-D

| | |
|---|---|
| MARY ELIZABETH NELSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER FOR PAYMENT OF ATTORNEY FEES

The Court hereby awards Plaintiff $4,106.50 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This **20** day of April 2017.

JAMES C. DEVER III
Chief United States District Judge