UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NANCY MALLETT, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:16-CV-17-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs counsel be awarded fees under section 206(b) of the Act, 42 U.S.C. § 406(b), in the amount of $15,000.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on October 7, 2019, and Copies To:**
Daniel R. Lauffer                                             (via CM/ECF electronic notification)
Mark J. Goldenberg                                     (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
October 7, 2019                     (By) /s/ Nicole Sellers
                                            Deputy Clerk